DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD G. SMITH,** a/k/a GERALD GLENN SMITH,
Appellant,

v.

**21st MORTGAGE CORPORATION,** a foreign corporation,
Appellee.

Nos. 4D19-1124 & 19-1273

[January 9, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. CACE 15-020646 (11).

Gerald G. Smith, Fort Lauderdale, pro se.

Tim W. Sobczak and Leslie S. White of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***